# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
April 20, 2021

Lyle W. Cayce
Clerk

No. 20-40564
Conference Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ENRIQUE GARCIA-MARTINEZ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CR-289-1

Before SMITH, STEWART, and HIGGINSON, *Circuit Judges*.
PER CURIAM:*

The Federal Public Defender appointed to represent Enrique Garcia-Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Garcia-Martinez has filed a response. We have

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 20-40564

reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Garcia-Martinez's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.     Accordingly,  counsel's  motion  for  leave  to  withdraw  is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.